IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN H. GALLE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| **DEPARTMENT OF GENERAL SERVICES,** | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| et al. | : | **NO. 02-4622** |

## JUDGMENT

_____**AND NOW**, this _____ day of December, 2004, judgment is hereby entered in favor of the Department of General Services of the Commonwealth of Pennsylvania, Ernest Keen and Bill Wade, and against Brian H. Galle, in the amount of $1,206.42.

_____
                                             **MICHAEL E. KUNZ**
                                             **CLERK OF COURT**